Certificate Number: 14912-PR-DE-036893958

Bankruptcy Case Number: 22-02679



14912-PR-DE-036893958

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 11, 2022, at 8:22 o'clock AM EDT, Nelson Ofarril Santiago completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: October 11, 2022

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor