Certificate Number: 14912-PR-DE-036893959

Bankruptcy Case Number: 22-02679


14912-PR-DE-036893959

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 11, 2022</u>, at <u>8:22</u> o'clock <u>AM EDT</u>, <u>Glendalee De La Vega Pedroza</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Puerto Rico</u>.

Date: <u>October 11, 2022</u>  By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>